**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paul R. Vanderlinden,                                                       Civ. No. 23-250 (JWB/DLM)

                         Petitioner,

                                                                                    **ORDER ACCEPTING**
v.                                                                       **REPORT AND RECOMMENDATION**
                                                                             **OF MAGISTRATE JUDGE**

B. Eishen,
*Warden, FPC Duluth*,

                         Respondent.

Paul R. Vanderlinden, FPC Duluth, PO Box 1000, Duluth, MN 55814, pro se Petitioner.

Ana H. Voss, Esq., and Lucas B. Draisey, Esq., United States Attorney's Office, counsel for Respondent.

        The above matter is before the Court on the Report and Recommendation

("R&R") of United States Magistrate Judge Douglas L. Micko dated June 15, 2023.

(Doc. No. 16.) No objections have been filed to that R&R in the time permitted. In the

absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ.

P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the

R&R, the Court finds no clear error.

        Based on the R&R of the Magistrate Judge, and on all of the files, records, and

proceedings herein, **IT IS HEREBY ORDERED** that:

        1.       Petitioner's Reply Brief was received by the Court on March 20,

2023. (Doc. No. 12.) Therefore, Petitioner's motion for an extension to file his Reply

Brief (Doc. No. 10) is **DENIED AS MOOT**;

2.      The June 15, 2023 R&R (Doc. No. 16) is **ACCEPTED**; and

3.      Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241

(Doc. No. 1) is **DENIED AS MOOT** and this action is **DISMISSED WITHOUT**

**PREJUDICE**.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**


 Date: July 10, 2023                              *s/ Jerry W. Blackwell*
                                                  JERRY W. BLACKWELL
                                                  United States District Judge